Date of Arrest: **07/30**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Ancelmo AFONTES-Martinez<br>AKA: None Known<br>201906218<br>YOB: 1978<br>Citizen of: Mexico<br>Defendant | Magistrate Case No. 20-1257 MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about July 30, 2020 Defendant Ancelmo AFONTES-Martinez, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Nogales, Arizona, on or about April 24, 2020. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA John Ballos
JWL for John Ballos

_Signature of Complainant_
Christopher Bellezza
Border Patrol Agent

Sworn to before me and subscribed *Telephonically*

__July 31, 2020__   at · __Yuma, Arizona__
Date                    City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer      Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

Vs.

Ancelmo AFONTES-Martinez
AKA: None Known
201906218

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about July 30, 2020, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Tucson, Arizona on or about April 22, 2020. The Defendant has been removed on one previous occasion. The Defendant was most recently removed on or about April 24, 2020, through the port of Nogales, Arizona, subsequent to a conviction in Maricopa County Superior Court on or about November 05, 2019, for the crime of Taking Identity of Another, a felony.

Agents determined that on or about July 30, 2020, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: Border Patrol Agent Kevin Leicht, Border Patrol Agent Cesar Diaz, and Border Patrol Agent Edwin Hernandez.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: Border Patrol Agent Eduardo Martinez JR.

_____
Signature of Complainant

Sworn to before me and subscribed Telephonically

_____July 31, 2020_____
Date

_____
Signature of Judicial Officer

- 2 -